STATE OF NEW JERSEY v. EDWIN COLON.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. STANLEY FARMS.

June 17, 1986.

Petition for certification denied.

LUCILLE A. LOSAPIO v. COLONIAL PENN
INSURANCE COMPANY.

June 17, 1986.

Petition for certification denied.

SIDNEY HUBSCHMAN AND CONNIE HUBSCHMAN v.
TOWNSHIP OF MORRIS, ET AL.

June 17, 1986.

Petition for certification denied.